# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hollander, Ellen L. | UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND | 04/27/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
CHAMBERS OF ELLEN LIPTON HOLLANDER
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | LIBRARY COMPANY OF THE BALITMORE BAR |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989-2015 | RETIREMENT SYSTEM FOR JUDGES OF THE STATE OF MARYLAND |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | MARYLAND STATE RETIREMENT AGENCY | $107,478.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | SELF-EMPLOYED - ADVERTISING/MARKETING |
| 2. | 2015 | PENSION - THE HEARST CORP BROADCAST RETIREMENT PLAN |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AMERICAN EXPRESS | CREDIT CARD | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WHOLE LIFE INSURANCE POLICY : (H) | | | | | | | | | |
| 2. NORTHWESTERN MUTUAL POLICY - CASH VALUE | A | Int./Div. | M | T | | | | | |
| 3. CASH ACCOUNTS: (H) | | | | | | | | | |
| 4. M&T BANK | A | Int./Div. | J | T | | | | | |
| 5. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 6. US BANK - MORTGAGE ESCROW ACCOUNT | A | Int./Div. | J | T | | | | | |
| 7. JP MORGAN CHASE BANK, N.A. | A | Int./Div. | K | T | | | | | |
| 8. BROKERAGE & PERSONAL HOLDINGS: (H) | | | | | | | | | |
| 9. WELLS FARGO ADVANTAGE TREASURY PLUS MM FUND | A | Int./Div. | J | T | | | | | |
| 10. DEUTSCHE BANK MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 11. MERRILL LYNCH BANK DEPOSIT | A | Int./Div. | K | T | | | | | |
| 12. ALPHABET INC - CLASS C | | None | J | T | Buy | 09/24/15 | J | | |
| 13. AMERICAN TOWER CORP | A | Dividend | K | T | Buy (add'l) | 06/08/15 | J | | |
| 14. ANSYS, INC. - COMMON | | None | K | T | Sold (part) | 02/13/15 | J | B | |
| 15. BLACKBAUD, INC. | A | Dividend | J | T | | | | | |
| 16. BIOGEN IDEC, INC. | | None | | | Buy | 07/29/15 | J | | |
| 17. | | | | | Sold | 10/23/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CARMAX, INC. | | None | J | T | | | | | |
| 19. CELGENE CORP - COMMON | | None | J | T | Sold (part) | 07/16/15 | J | D | |
| 20. | | | | | Sold (part) | 07/30/15 | K | D | |
| 21. CHIPOTLE MEXICAN GRILL | | None | | | Buy | 04/22/15 | J | | |
| 22. | | | | | Sold | 12/10/15 | J | A | |
| 23. CISCO SYSTEMS, INC. - COMMON | A | Dividend | J | T | | | | | |
| 24. COMCAST, INC. - COMMON | A | Dividend | J | T | | | | | |
| 25. CONCHO RESOURCES, INC. | | None | | | Sold (part) | 02/03/15 | J | A | |
| 26. | | | | | Sold | 06/11/15 | J | B | |
| 27. CONSOLIDATED EDISON - COMMON | A | Dividend | J | T | | | | | |
| 28. DEALERTRAK HOLDINGS, INC. - COMMON | | None | | | Sold | 06/15/15 | J | D | |
| 29. DISCOVER FINANCIAL SERVICES, INC. | A | Dividend | J | T | Sold (part) | 09/08/15 | J | A | |
| 30. ECOLAB, INC. - COMMON | A | Dividend | K | T | | | | | |
| 31. ENVESTNET, INC - COMMON | | None | J | T | Buy | 08/17/15 | J | | |
| 32. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 33. EXAMWORKS GROUP, INC. | | None | J | T | | | | | |
| 34. EXPONENT, INC. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FASTENAL CO - COMMON | A | Dividend | K | T | Sold (part) | 04/02/15 | J | C | |
| 36. | | | | | Sold (part) | 04/06/15 | J | B | |
| 37. | | | | | Sold (part) | 04/07/15 | J | D | |
| 38. HEALTHCARE SERVICES GROUP, INC. | A | Dividend | J | T | | | | | |
| 39. ILLUMINA, INC. | | None | J | T | | | | | |
| 40. INTELCORP - COMMON | A | Dividend | K | T | Sold (part) | 06/08/15 | J | D | |
| 41. IBM - COMMON | D | Dividend | M | T | | | | | |
| 42. IMAX CORP | | None | J | T | Buy (add'l) | 07/08/15 | J | | |
| 43. INTUITIVE SURGICAL, INC | | None | J | T | Buy (add'l) | 07/16/15 | J | | |
| 44. JACOBS ENGINEERING GROUP - COMMON | | None | | | Sold | 01/08/15 | J | B | |
| 45. J & J - COMMON | A | Dividend | J | T | | | | | |
| 46. LKQ CORP - COMMON | | None | K | T | | | | | |
| 47. MARKEL CORP - COMMON | | None | K | T | Sold (part) | 07/02/15 | J | C | |
| 48. | | | | | Sold (part) | 11/19/15 | J | B | |
| 49. MASTERCARD, INC - CL A | A | Dividend | J | T | Buy | 07/29/15 | J | | |
| 50. MCGRAW HILL FINL INC COM | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 51. METLIFE POLICYHOLDR - TRUST INTEREST | | None | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MOODYS CORP | A | Dividend | J | T | Buy (add'l) | 02/02/15 | J | | |
| 53. PANERA BREAD INC. | | None | | | Sold (part) | 04/09/15 | J | A | |
| 54. | | | | | Sold | 07/24/15 | J | B | |
| 55. PAYCHEX, INC - COMMON | A | Dividend | J | T | | | | | |
| 56. PRA GROUP, INC - COM | | None | J | T | Buy | 04/08/15 | J | | |
| 57. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 58. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 59. QUALCOMM, INC - COMMON | A | Dividend | K | T | | | | | |
| 60. RED HAT, INC. | | None | K | T | | | | | |
| 61. ROPER INDUSTRIES - COMMON | A | Dividend | K | T | | | | | |
| 62. SCHLUMBERGER, LTD - COMMON | A | Dividend | K | T | | | | | |
| 63. SEI INVESTMENTS CO - COMMON | A | Dividend | K | T | Sold (part) | 08/14/15 | J | B | |
| 64. SIGNET JEWELERS, LTD | A | Dividend | J | T | | | | | |
| 65. STERICYCLE - COMMON | | None | J | T | | | | | |
| 66. STRATASYS, LTD | | None | | | Sold | 08/10/15 | J | A | |
| 67. THREE D SYSTEMS NEW - COMMON | | None | J | T | Buy (add'l) | 01/08/15 | J | | |
| 68. | | | | | Sold (part) | 04/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/28/15 | J | B | |
| 70. | | | | | Sold (part) | 05/06/15 | J | A | |
| 71. TANGOE, INC. | | None | | | Sold | 09/21/15 | J | A | |
| 72. TRANSDIGM GROUP INC COM | | None | J | T | Buy | 08/25/15 | J | | |
| 73. TRIMBLE NAVIGATION - COMMON | | None | K | T | | | | | |
| 74. TYLER TECHNOLOGIES, INC. | | None | J | T | | | | | |
| 75. VERISK ANALYTICS | | None | K | T | | | | | |
| 76. VERIZON COMMUNICATIONS, INC. | A | Dividend | | | Donated | | | | |
| 77. VISA INC - COMMON | A | Dividend | K | T | | | | | |
| 78. WAGEWORKS, INC. | | None | J | T | Buy (add'l) | 05/15/15 | J | | |
| 79. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 80. WASTE CONNECTIONS, INC. | A | Dividend | J | T | | | | | |
| 81. AMERICAN FUNDS - AMERICAN BALANCED FD INC SHS F-2 CL | A | Dividend | J | T | Buy (add'l) | 03/06/15 | J | | |
| 82. AMERICAN FUNDS-GROWTH FUND OF AMERICA CL F-2 | A | Dividend | J | T | Buy (add'l) | 03/06/15 | J | | |
| 83. ARTISAN MID-CAP VALUE FUND INVESTOR | A | Dividend | J | T | Sold (part) | 03/06/15 | J | | |
| 84. BLACKROCK GLOBAL ALLOCATION INSTL FUND | A | Dividend | J | T | Sold (part) | 03/06/15 | J | A | |
| 85. DAVIS VENTURE FUND-CLASS A | A | Dividend | J | T | Sold (part) | 03/06/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DODGE & COX GLOBAL STOCK FD | A | Dividend | | | Buy | 03/06/15 | J | | |
| 87. | | | | | Sold | 12/28/15 | J | | |
| 88. FIRST EAGLE GLOBAL FUND, CLASS A | A | Dividend | J | T | Buy (add'l) | 03/06/15 | J | | |
| 89. | | | | | Sold (part) | 12/28/15 | J | A | |
| 90. HARTFORD MUTUAL FUNDS- HARTFORD MIDCAP I | A | Dividend | J | T | Buy (add'l) | 03/06/15 | J | | |
| 91. IVY FUNDS-IVY ASSET STRATEGY FUND CLASS I | A | Dividend | | | Sold | 03/06/15 | J | A | |
| 92. HIGHLAND GLOCAL ALLOCATION FD CLASS Y | A | Dividend | | | Buy | 03/06/15 | J | | |
| 93. | | | | | Sold | 12/28/15 | J | | |
| 94. HARBOR MID CAP VALUE FD INSTITUTIONAL CLASS | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 95. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | Buy (add'l) | 03/06/15 | J | | |
| 96. LOOMIS SAYLES FDS II WORLDWIDE INST | | None | J | T | Buy | 12/28/15 | J | | |
| 97. MFS SER TR I VALUE FD CL I | | None | J | T | Buy | 12/28/15 | J | | |
| 98. MORGAN STANLEY INSTL FD INC GLOBAL GRW I | | None | J | T | Buy | 12/28/15 | J | | |
| 99. PRIMECAPE ODYSSEY FUNDS ODYSSEY STK FD | | None | J | T | Buy | 12/28/15 | J | | |
| 100. T ROWE PRICE MD TAX FREE BOND FUND | A | Dividend | J | T | Sold (part) | 12/28/15 | J | A | |
| 101. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 102. AMG YACKTMAN FUND SERVICE CLASS | A | Dividend | J | T | Sold (part) | 12/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 104. THE OAKMARK FUND CLASS I | A | Dividend | | | Buy | 03/06/15 | J | | |
| 105. | | | | | Sold | 12/28/15 | J | | |
| 106. AMG MGRS SKYLINE SPECIAL EQTY | A | Dividend | J | T | Buy (add'l) | 03/06/15 | J | | |
| 107. ISRAELI BONDS | A | Interest | J | T | | | | | |
| 108. IRA ACCOUNT #1: (H) | | | | | | | | | |
| 109. DEUTSCHE BANK INS DEPOSIT | | None | J | T | Open | 12/30/15 | J | | |
| 110. BLACKROCK GLOBAL ALLOC FUND | | None | | | Sold | 03/06/15 | K | A | |
| 111. FIRST EAGLE GLOBAL FUND I | A | Dividend | K | T | Sold (part) | 12/28/15 | J | A | |
| 112. GROWTH FUND OF AMERICA INC CL F2 SHS | | None | | | Sold | 03/06/15 | K | D | |
| 113. DODGE & COX GLOBAL | A | Dividend | | | Buy | 03/06/15 | K | | |
| 114. | | | | | Sold | 12/28/15 | K | | |
| 115. HIGHLAND GLOBAL ALLOC FD CLASS Y | A | Dividend | | | Buy | 03/06/15 | K | | |
| 116. | | | | | Sold | 12/28/15 | J | | |
| 117. VOYA MUT FDS GLB R/S FD I | A | Dividend | | | Sold | 12/28/15 | J | A | |
| 118. LEGG MASON/CLEARBRIDGE AGGRESSIVE FD CL I | A | Dividend | | | Buy | 03/06/15 | K | | |
| 119. | | | | | Sold | 12/28/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. HARBOR CAPITAL APPRECIATION FUND | A | Dividend | K | T | Buy | 12/28/15 | K | | |
| 121. HARBOR MIDCAP VALUE FUND | | None | J | T | Buy | 03/06/15 | J | | |
| 122. IVY FUNDS - ASSET STRATEGY FUND | | None | | | Sold | 03/06/15 | K | A | |
| 123. DAVIS NY VENTURE FUND INC CL Y | | None | | | Sold | 03/06/15 | K | B | |
| 124. PIMCO FDS PAC INVT MGMT SVCS TOTAL RETURN FD A | A | Dividend | | | Sold | 03/06/15 | K | A | |
| 125. JP MORGAN SMALL CAP EQUITY FUND | B | Dividend | J | T | | | | | |
| 126. ARTISAN MID-CAP VALUE FUND INVESTOR | | None | | | Sold | 03/06/15 | J | | |
| 127. LOOMIS SAYLES GLOBAL EQUITY FD & INCOME FD CL Y | | None | K | T | Buy | 12/28/15 | K | | |
| 128. MFS VALUE FUND CLASS I | | None | K | T | Buy | 12/28/15 | K | | |
| 129. METROPOLITAN WEST TOTAL RETURN BOND FD CL I | A | Dividend | K | T | Buy | 03/06/15 | K | | |
| 130. MSIF GLOBAL GROWTH OPPORTUNITY PORTFOLIO CL I | | None | K | T | Buy | 12/28/15 | K | | |
| 131. PRIMECAP ODYSSEY STOCK FUND | | None | K | T | Buy | 12/28/15 | K | | |
| 132. VIRTUS GLOBAL REAL ESTATE SECURITIES FD CL A | | None | J | T | Buy | 12/28/15 | J | | |
| 133. AMG YACKTMAN FUND SERVICE CLASS | A | Dividend | | | Sold | 12/28/15 | K | | |
| 134. THE OAKMARK FUND CL A | A | Dividend | | | Buy | 03/06/15 | K | | |
| 135. | | | | | Sold | 12/28/15 | K | | |
| 136. PRINCIPAL FUNDS MID CAP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. AMG MGRS SKYLINE SPECIAL EQTY | A | Dividend | J | T | | | | | |
| 138. IRA ACCOUNT #2: (H) | | | | | | | | | |
| 139. DEUTSCHE BANK INS DEPOSIT | | None | J | T | Open | 12/28/15 | J | | |
| 140. BLACKROCK GLOBAL ALLOCATION FUND | | None | | | Sold | 03/06/15 | J | A | |
| 141. FIRST EAGLE FDS, INC - GLOBAL FUND CL I | A | Dividend | J | T | Sold (part) | 06/17/15 | J | A | |
| 142. DODGE & COX FDS GLOBAL STK FD | A | Dividend | | | Buy | 03/06/15 | J | | |
| 143. | | | | | Sold | 06/17/15 | J | | |
| 144. GROWTH FUND OF AMERICA INC CL F2 SHS | | None | | | Sold | 03/06/15 | J | C | |
| 145. HARBOR CAPITAL APPRECIATION FD | A | Dividend | J | T | Buy | 12/28/15 | J | | |
| 146. HARBOR MID CAP VALUE FUND | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 147. | | | | | Sold (part) | 06/17/15 | J | A | |
| 148. HIGHLAND GLOBAL ALLOCATION FUND | A | Dividend | | | Buy | 03/06/15 | J | | |
| 149. | | | | | Sold (part) | 06/17/15 | J | | |
| 150. | | | | | Sold | 12/28/15 | J | | |
| 151. LEGG MASON/CLEARBRIDGE AGGRESSIVE GWTH FND CL I | A | Dividend | | | Buy | 03/06/15 | J | | |
| 152. | | | | | Sold (part) | 06/17/15 | J | A | |
| 153. | | | | | Sold | 12/28/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. METROPOLITAN WEST TOTAL RETURN BOND FD CL I | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 155. | | | | | Sold (part) | 06/17/15 | J | A | |
| 156. VOYA MUT FDS GLB R/S FD I | A | Dividend | | | Sold | 12/28/15 | J | A | |
| 157. IVY FUNDS INC - ASSET STRATEGY FUND | | None | | | Sold | 03/06/15 | J | A | |
| 158. DAVIS NY VENTURE FUND INC - CL Y | | None | | | Sold | 03/06/15 | J | B | |
| 159. OAKMARK FUND I | A | Dividend | | | Buy | 03/06/15 | J | | |
| 160. | | | | | Sold (part) | 06/17/15 | J | | |
| 161. | | | | | Sold | 12/28/15 | J | A | |
| 162. PIMCO FDS PAC INVT MGMT SER - TOTAL RETURN FUND | A | Dividend | | | Sold | 03/06/15 | J | A | |
| 163. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | Sold (part) | 06/17/15 | J | A | |
| 164. MFS VALUE FUND CLASS I | A | Dividend | J | T | Buy | 12/28/15 | J | | |
| 165. MSIF GLOBAL GROWTH OPPORTUNITY PORTFOLIO FD CL I | | None | J | T | Buy | 12/28/15 | J | | |
| 166. MORGAN STANLEY INST FND GLOBAL GROWTH OPPORTUNITY FD CL I | | None | J | T | Buy | 12/28/15 | J | | |
| 167. PRIMECAP ODYSSEY STOCK FUND | | None | J | T | Buy | 12/28/15 | J | | |
| 168. AMG YACKTMAN FUND SERVICE CLASS | A | Dividend | | | Sold (part) | 06/17/15 | J | | |
| 169. | | | | | Sold | 12/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. ARTISAN MIDCAP VALUE FUND INVESTOR | | None | | | Sold | 03/06/15 | J | | |
| 171. PRINCIPAL FDS INC MIDCAP BLEND | A | Dividend | J | T | Sold (part) | 06/17/15 | J | A | |
| 172. THORNBURG GLOBAL OPPORTUNITIES FND CLASS I | A | Dividend | J | T | Buy | 06/17/15 | J | | |
| 173. VIRTUS GLOBAL REAL ESTATE SECURITIES | A | Dividend | J | T | Buy | 12/28/15 | J | | |
| 174. AMG MGRS SKYLINE SPECIAL EQTY | A | Dividend | J | T | Sold (part) | 06/17/15 | J | A | |
| 175. 401(K) PLAN: (H) | | | | | | | | | |
| 176. AMCENT EQ GR INST | A | Dividend | L | T | | | | | |
| 177. AMERICAN FUNDS EURO PACIFIC GROWTH FD R6 | | None | K | T | Sold (part) | 05/06/15 | J | A | |
| 178. | | | | | Buy (add'l) | 11/06/15 | J | | |
| 179. AMERICAN FUNDS GROWTH FUND OF AMERICA R6 | | None | L | T | Sold (part) | 05/06/15 | J | A | |
| 180. | | | | | Sold (part) | 08/06/15 | J | A | |
| 181. | | | | | Sold (part) | 11/06/15 | J | A | |
| 182. FIDELITY PURITAN FUND | A | Dividend | K | T | | | | | |
| 183. PIMCO TOTAL RETURN INST | | None | L | T | Buy (add'l) | 05/06/15 | J | | |
| 184. T.ROWE PRICE SMALL CAP STOCK FUND | A | Dividend | K | T | | | | | |
| 185. VANGUARD INST INDX INST PLS | A | Dividend | L | T | Buy | 02/19/15 | L | | |
| 186. | | | | | Sold (part) | 11/06/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. VANGUARD MID CAP INDEX INSTL FD | | None | K | T | | | | | |
| 188. VANGUARD VALUE INDEX INST | | None | | | Sold | 02/19/15 | L | A | |
| 189. EDUCATION SAVINGS 529 PLANS: (H) | | | | | | | | | |
| 190. MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #1) | | None | J | T | | | | | |
| 191. MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #2) | | None | J | T | | | | | |
| 192. MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #3) | | None | J | T | | | | | |
| 193. MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2036 (ACCT #4) | | None | J | T | Buy | 12/4/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

11/30/15 - VERIZON COMMUNICATIONS - TRANSFERRED REMAINING SHARES TO ADULT CHILDREN AS A GIFT - VALUE CODE OF J
01/09/15 - METLIFE POLICYHOLDER - TRUST INTEREST: TRANSFERRED REMAINING INTEREST TO ADULT CHILDREN AS A GIFT - VALUE
CODE J

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ellen L. Hollander**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544